# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 4:14-CR-00119 |
| v. | § § | |
| | § § | |
| DOUGLAS SOVEREIGN SMITH, JR. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the Report and Recommendation of United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court, as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of six (6) weeks, with a term of life on supervised release to

follow, subject to all standard and special conditions of supervised release as imposed in the Report and Recommendation of United States Magistrate Judge [Dkt. #28].

The court recommends that Defendant be able to serve his sentence at the Fannin County Jail.

**IT IS SO ORDERED**.

**SIGNED this 17th day of April, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE